

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2015

No. 04-15-00715-CR

Felix **VILLARREAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR5623
Honorable Ron Rangel, Judge Presiding

**ORDER**

This appeal is dismissed for want of jurisdiction.

It is so **ORDERED** on December 9, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2015.

_Keith E. Hottle_
Keith E. Hottle, Clerk